# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 26, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140059

LEWIS C. HART,
        Plaintiff-Appellant,

v                                                    SC: 140059
                                                     COA: 286879
                                                     Jackson CC: 08-001951-AH
DEPARTMENT OF CORRECTIONS,
        Defendant-Appellee.

_____/

     On order of the Court, the application for leave to appeal the September 3, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 26, 2010

_____
Clerk

d0222